# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BETTY GREGORY, on behalf of herself and
all others similarly situated,

    Plaintiff,                                  Civil Action No. 2:23-cv-03473

v.

RITE AID CORPORATION,

    Defendant.
_____/

## **PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

Plaintiff Betty Gregory, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), by and through her undersigned counsel, hereby voluntarily dismisses her claims against Rite Aid Corporation, without prejudice, with each party to bear their own fees and costs.

Dated: January 16, 2024

                                                      Respectfully submitted,

                                                      */s/ Kenneth J. Grunfeld*
                                                     Kenneth J. Grunfeld (No. 84121)
                                                     **KOPELOWITZ OSTROW P.A.**
                                                     65 Overhill Rd
                                                     Bala Cynwyd, PA 19004
                                                     Tel: (954) 525-4100
                                                     grunfeld@kolawyers.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing has been filed using the CM/ECF system which sent service emails to all counsel of record on this 16th day of January 2024.

                                        */s/ Kenneth J. Grunfeld*
                                        Kenneth J. Grunfeld