# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BETTY GREGORY,** on behalf of herself individually and all others similarly situated,<br><br>v.<br><br>**RITE AID CORPORATION** | **CIVIL ACTION**<br><br>**NO. 23-3473** |

## ORDER

**AND NOW**, this 10th day of April, 2024, it is hereby **ORDERED**:

This case has been in suspense status but will now be **STAYED** by agreement of the parties as reflected in periodic status reports.

**BY THE COURT:**

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

O:\CIVIL 23\23-3473 Gregory v RiteAid\23cv3473 order for stay.docx