## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BETTY GREGORY,** on behalf of herself individually and all others similarly situated,<br><br>     **v.**<br><br>**RITE AID CORPORATION** | **CIVIL ACTION**<br><br>**NO. 23-3473** |

## ORDER

AND NOW this 19th day of March, 2025, it is ORDERED that pursuant to the Notice of Voluntary Dismissal of this matter filed on January 16, 2024 (ECF 23), the Clerk of Court is directed to CLOSE this case.

**BY THE COURT:**

**/s/ Michael M. Baylson**
_____
**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 23\23-3473 Gregory v RiteAid\23cv3473 order to dismiss.docx